1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**UNITED STATES DISTRICT COURT
OF THE DISTRICT OF OREGON
PORTLAND DIVISION**

DONALD S. MORRIS, III, as Personal
Representative for the Estate of DONALD S.
MORRIS, JR.,

                    Plaintiff,

v.

KAISER GYPSUM COMPANY, INC.,

                  Defendant.

Case No.   20-478

**DECLARATION OF DIANE BABBITT
IN SUPPORT OF KAISER GYPSUM
COMPANY, INC.'S NOTICE OF
REMOVAL**

(28 U.S.C. §1332, 28 U.S.C. §1441(b) and
§1446(a))

I, Diane Babbitt, hereby declare:

1.       I am an attorney with Foley & Mansfield, PLLP, counsel of record for Defendant

Kaiser Gypsum Company, Inc.  I have personal knowledge of the matters contained herein and

am competent to testify hereto.

2.       Kaiser Gypsum Company, Inc. is incorporated in North Carolina and its principal

place of business is in Irving, Texas

3.       Attached hereto as **Exhibit A** is a true and accurate copy of the underlying

Plaintiff's Complaint filed in Multnomah County Circuit Court.

4.       Attached hereto as **Exhibit B** is a true and accurate copy of the Declaration of

DECLARATION OF DIANE BABBITT IN
SUPPORT OF KAISER GYPSUM
COMPANY, INC.'S NOTICE OF
REMOVAL

Page 1

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA  98104
Telephone:  (206) 456-5360

1  Service of the Summons and Complaint for Damages in the underlying matter.

2    5.  Below is an index of all of the pleadings filed in Multnomah County Circuit Court

3  as of March 19, 2020.  True and accurate copies of these pleadings are being provided to the

4  Court.

| Date | Title | Detail | Note |
|------|-------|--------|------|
| 02/07/2020 | Complaint | | |
| 02/07/2020 | Summons | | |
| 02/14/2020 | Affidavit/Declaration of Mailing | | |
| 02/14/2020 | Proof of Service | | |
| 02/14/2020 | Affidavit/Declaration of Mailing | | |
| 02/14/2020 | Proof of Service | | |
| 02/26/2020 | Affidavit/Declaration of Mailing | | |
| 02/26/2020 | Proof of Service | | |
| 02/26/2020 | Summons | | |

  The foregoing statements are made under penalty of perjury under the laws of the United

States of America and the State of Oregon and is true and correct.

  DATED this 23rd day of March, 2020 at Seattle, Washington.

       **FOLEY & MANSFIELD, PLLP**

BY: _____

      Diane C. Babbitt, OR Bar #112915
      J. Scott Wood, OSB #117151
      Attorneys for Defendant Kaiser Gypsum
      Company, Inc.

**CERTIFICATE OF SERVICE**

I, Laura McKeon, declare that I am employed by the law firm of Foley & Mansfield, PLLP, 999 Third Avenue, Suite 3760, Seattle, King County, Washington; that I am over 18 years of age and not a party to this action.

[ X ]    **(By E-Service)**  I hereby certify that on this date I electronically filed the foregoing document with the U.S. District Court of Oregon, Portland Division using the CM/ECF system which will send notification to all parties of record; and

[ X ]    **(By E-mail)**  I caused the foregoing to be delivered via e-mail to firms and persons whose email addresses are listed next to the name of the party represented as listed below:

| | |
|---|---|
| ***Counsel for Plaintiff***<br>Kaitlin T. Wright<br>SCHROETER, GOLDMARK & BENDER<br>500 Central Building, 810 Third Avenue<br>Seattle, WA 98104<br>wright@sgb-law.com<br>sgbasbestos@sgb-law.com | |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed this 23rd day of March, 2020 in Seattle, Washington.

*Laura McKeon*
_____

Laura McKeon, Legal Assistant

DECLARATION OF DIANE BABBITT IN SUPPORT OF KAISER GYPSUM COMPANY, INC.'S NOTICE OF REMOVAL

Page 3

**Foley & Mansfield, PLLP**
999 Third Avenue, Suite 3760
Seattle, WA  98104
Telephone:  (206) 456-5360

# EXHIBIT A

1
2
3
4          **IN THE CURCUIT COURT OF THE STATE OF OREGON**
              **FOR MULTNOMAH COUNTY**
5

6   DONALD S. MORRIS, III, as Personal
    Representative for the Estate of DONALD S.          CASE No.
7   MORRIS, JR.,

8                         Plaintiff,                     COMPLAINT FOR DAMAGES

9                 vs.                                    (Product Liability; Negligence)

10                                                       DEMAND FOR JURY TRIAL

11  KAISER GYPSUM COMPANY, INC.,                         PRAYER AMOUNT: $9,500,000.00

12                        Defendant.                     CLAIM NOT SUBJECT TO
13                                                       MANDATORY ARBITRATION

14                                                       ORS 21.160(1)(d)

15          COMES NOW Plaintiff, DONALD S. MORRIS, III, as Personal Representative

16  for the Estate of DONALD S. MORRIS, JR., by and through his attorney, Kaitlin T.
17
    Wright of Schroeter Goldmark & Bender, and for their complaint against Defendant,
18
19  alleges as follows:

20                          **I.      PARTIES**

21          1.1     Plaintiff, DONALD S. MORRIS, III, Personal Representative for the

22  Estate of DONALD S. MORRIS, JR., resides in Gladstone, Oregon. DONALD S.
23

24  COMPLAINT FOR DAMAGES - 1                    SCHROETER, GOLDMARK & BENDER
25                                               500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
                                                 Phone (206) 622-8000 ● Fax (206) 682-2305

MORRIS, JR., at all times material to this action, was a resident of the State of Oregon. At the time of his death, DONALD S. MORRIS, JR. resided in Salem, Oregon.

1.2    Defendant KAISER GYPSUM COMPANY, INC. is a North Carolina Corporation that, at all times relevant herein, was engaged in the manufacture and sale of asbestos-containing products, including, but not limited to, joint compound and drywall products, which it intentionally placed into the stream of commerce in the state of Oregon.

1.3    Jurisdiction and venue is proper pursuant to ORS 14.040 and ORS 14.080.

## II.    JURISDICTION AND VENUE

2.1    This Court has jurisdiction in this action because, at all material times, Defendant conducted regular and sustained business in Oregon out of which the claims for relief asserted herein arose, and/or Defendant may be served by process in Oregon. By registering to do business in Oregon and by doing business in Oregon or in selling products in Oregon, Defendant has consented to *in personam* jurisdiction in Oregon for claims such as this arising out of its Oregon contacts, and the exercise of jurisdiction herein arises out of asbestos exposure that occurred primarily in Oregon. At all material times, the Defendant has been regularly engaged in the business of manufacturing, designing, processing, marketing, distributing, using, installing, applying, rebranding for sale, and/or selling products containing asbestos fiber, which were used at the locations where decedent DONALD MORRIS JR. worked or lived in Oregon.

COMPLAINT FOR DAMAGES - 2

2.2    Venue in this Court is proper because, at all material times, Defendant conducted regular and sustained business activities in Multnomah County, Oregon, and a substantial portion of the actions and omissions alleged herein occurred in Multnomah County, Oregon.

## III.    FIRST CLAIM FOR RELIEF – STRICT LIABILITY

3.1    From 1969 through 1976, decedent DONALD S. MORRIS, JR. performed construction and remodel projects at numerous sites throughout Oregon.

3.2    As a result of his exposure to Defendant's asbestos-containing products, DONALD S. MORRIS, JR. developed mesothelioma, which was diagnosed in July 2015.

3.3    On March 13, 2016, DONALD S. MORRIS, JR. died of mesothelioma.

3.4    Defendant's sale or manufacture of asbestos-containing products was unreasonably dangerous and defective in the following particulars:

(a)    The asbestos-containing drywall products manufactured or sold by the Defendant caused cancer when inhaled;

(b)    Defendant's asbestos-containing products released asbestos fibers into the breathing zone of individuals working with or near the product, particularly during routine and anticipated use of the product; and

(c)    Defendant did not provide sufficient warnings and/or instructions of the harm caused by exposure to Defendant's asbestos-containing products or adequately notify the public of its products' dangerous propensities.

COMPLAINT FOR DAMAGES - 3

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

## IV.    SECOND CLAIM FOR RELIEF – NEGLIGENCE

For his second claim for relief, Plaintiff alleges:

4.1     By incorporation paragraphs 1.1 through 3.4 herein;

4.2     Defendant was negligent in one or more of the following particulars which were causes of injury to DONALD S. MORRIS, JR.:

(a)     In manufacturing, designing, processing, marketing, distributing, applying and/or selling products containing asbestos fiber when Defendant knew, or should have known, that asbestos fibers cause grave health consequences, including mesothelioma;

(b)     In failing to conduct adequate testing to determine the level of airborne asbestos fibers emitted by Defendant's products that it was reasonably foreseeable that individuals such as DONALD S. MORRIS, JR. would be exposed to in the work or home environment; and

(c)     In failing to provide adequate warnings about the dangers associated with the use of asbestos products, and in failing to advise individuals about how and when to utilize property respiratory protection.

## V.    DAMAGES

5.1     DONALD S. MORRIS, JR. suffered permanent pain, discomfort, fear, interference with his daily activities and enjoyment of life, including mental pain and

COMPLAINT FOR DAMAGES - 4

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA  98104
Phone (206) 622-8000 • Fax (206) 682-2305

suffering, and death resulting in non-economic damages in the amount of no less than $7,000,000.00.

5.2    Plaintiff DONALD S. MORRIS, III suffered the loss of companionship, services, and consortium of his father in the amount of no less than $2,000,000.

5.3    DONALD S. MORRIS, JR. incurred medical expenses in the amount of no less than $500,000.00.

5.4    Pursuant to ORS 31.725(2), Plaintiff does not request an award of punitive damages at this time, but Plaintiff reserves the right to seek leave to amend his complaint to request punitive damages in the future pursuant to Oregon law. Plaintiff anticipates that punitive damages claims will be asserted against the Defendant and may seek leave to amend the complaint in this matter to assert those claims at an appropriate time prior to trial.

## VI.    PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendant in an amount to be proven at the time of trial, together with Plaintiff's costs and disbursements incurred herein, and:

(a)    For DONALD S. MORRIS, JR.'s pain, suffering, interference with his enjoyment of life, disability, and death in the amount of no less than $7,000,000;

COMPLAINT FOR DAMAGES - 5

SCHROETER, GOLDMARK & BENDER
500 Central Building • 810 Third Avenue • Seattle, WA 98104
Phone (206) 622-8000 • Fax (206) 682-2305

(b)    For Plaintiff's loss of companionship, services, and consortium during the lifetime of decedent in the amount of no less than $2,000,000;

(c)    For DONALD S. MORRIS, JR.'s past medical expenses in the amount of $500,000 or as amended prior to trial;

(d)    Plaintiff's attorney fees; and

(d)    For such other relief and further relief as the Court may deem just and equitable, including but not limited to prejudgment interest.

DATED this 6th day of February, 2020

Schroeter Goldmark & Bender

Kaitlin T. Wright, OSB #191259
SCHROETER, GOLDMARK & BENDER
500 Central Building, 810 Third Avenue
Seattle, WA 98104
Phone (206) 622-8000
Fax (206) 682-2305
Email: wright@sgb-law.com
       sgbasbestos@sgb-law.com
Attorney for Plaintiff

COMPLAINT FOR DAMAGES - 6

# EXHIBIT B

All Pleadings Filed in Multnomah County

**IN THE CURCUIT COURT OF THE STATE OF OREGON
FOR MULTNOMAH COUNTY**

|  |  |
|---|---|
| DONALD S. MORRIS, III, as Personal Representative for the Estate of DONALD S. MORRIS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> KAISER GYPSUM COMPANY, INC., <br><br> Defendant. | CASE No. <br><br> COMPLAINT FOR DAMAGES <br><br> (Product Liability; Negligence) <br><br> DEMAND FOR JURY TRIAL <br><br> PRAYER AMOUNT: $9,500,000.00 <br><br> CLAIM NOT SUBJECT TO MANDATORY ARBITRATION <br><br> ORS 21.160(1)(d) |

COMES NOW Plaintiff, DONALD S. MORRIS, III, as Personal Representative for the Estate of DONALD S. MORRIS, JR., by and through his attorney, Kaitlin T. Wright of Schroeter Goldmark & Bender, and for their complaint against Defendant, alleges as follows:

## I.    **PARTIES**

1.1    Plaintiff, DONALD S. MORRIS, III, Personal Representative for the Estate of DONALD S. MORRIS, JR., resides in Gladstone, Oregon. DONALD S.

COMPLAINT FOR DAMAGES - 1

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

MORRIS, JR., at all times material to this action, was a resident of the State of Oregon. At the time of his death, DONALD S. MORRIS, JR. resided in Salem, Oregon.

1.2     Defendant KAISER GYPSUM COMPANY, INC. is a North Carolina Corporation that, at all times relevant herein, was engaged in the manufacture and sale of asbestos-containing products, including, but not limited to, joint compound and drywall products, which it intentionally placed into the stream of commerce in the state of Oregon.

1.3     Jurisdiction and venue is proper pursuant to ORS 14.040 and ORS 14.080.

## II.    <u>JURISDICTION AND VENUE</u>

2.1     This Court has jurisdiction in this action because, at all material times, Defendant conducted regular and sustained business in Oregon out of which the claims for relief asserted herein arose, and/or Defendant may be served by process in Oregon. By registering to do business in Oregon and by doing business in Oregon or in selling products in Oregon, Defendant has consented to *in personam* jurisdiction in Oregon for claims such as this arising out of its Oregon contacts, and the exercise of jurisdiction herein arises out of asbestos exposure that occurred primarily in Oregon.  At all material times, the Defendant has been regularly engaged in the business of manufacturing, designing, processing, marketing, distributing, using, installing, applying, rebranding for sale, and/or selling products containing asbestos fiber, which were used at the locations where decedent DONALD MORRIS JR. worked or lived in Oregon.

COMPLAINT FOR DAMAGES - 2

2.2     Venue in this Court is proper because, at all material times, Defendant conducted regular and sustained business activities in Multnomah County, Oregon, and a substantial portion of the actions and omissions alleged herein occurred in Multnomah County, Oregon.

### III.     FIRST CLAIM FOR RELIEF – STRICT LIABILITY

3.1     From 1969 through 1976, decedent DONALD S. MORRIS, JR. performed construction and remodel projects at numerous sites throughout Oregon.

3.2     As a result of his exposure to Defendant's asbestos-containing products, DONALD S. MORRIS, JR. developed mesothelioma, which was diagnosed in July 2015.

3.3     On March 13, 2016, DONALD S. MORRIS, JR. died of mesothelioma.

3.4     Defendant's sale or manufacture of asbestos-containing products was unreasonably dangerous and defective in the following particulars:

(a)     The asbestos-containing drywall products manufactured or sold by the Defendant caused cancer when inhaled;

(b)     Defendant's asbestos-containing products released asbestos fibers into the breathing zone of individuals working with or near the product, particularly during routine and anticipated use of the product; and

(c)     Defendant did not provide sufficient warnings and/or instructions of the harm caused by exposure to Defendant's asbestos-containing products or adequately notify the public of its products' dangerous propensities.

COMPLAINT FOR DAMAGES - 3

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

## IV.    SECOND CLAIM FOR RELIEF – NEGLIGENCE

For his second claim for relief, Plaintiff alleges:

4.1    By incorporation paragraphs 1.1 through 3.4 herein;

4.2    Defendant was negligent in one or more of the following particulars which were causes of injury to DONALD S. MORRIS, JR.:

(a)    In manufacturing, designing, processing, marketing, distributing, applying and/or selling products containing asbestos fiber when Defendant knew, or should have known, that asbestos fibers cause grave health consequences, including mesothelioma;

(b)    In failing to conduct adequate testing to determine the level of airborne asbestos fibers emitted by Defendant's products that it was reasonably foreseeable that individuals such as DONALD S. MORRIS, JR. would be exposed to in the work or home environment; and

(c)    In failing to provide adequate warnings about the dangers associated with the use of asbestos products, and in failing to advise individuals about how and when to utilize property respiratory protection.

## V.    DAMAGES

5.1    DONALD S. MORRIS, JR. suffered permanent pain, discomfort, fear, interference with his daily activities and enjoyment of life, including mental pain and

COMPLAINT FOR DAMAGES - 4

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

suffering, and death resulting in non-economic damages in the amount of no less than $7,000,000.00.

5.2     Plaintiff DONALD S. MORRIS, III suffered the loss of companionship, services, and consortium of his father in the amount of no less than $2,000,000.

5.3     DONALD S. MORRIS, JR. incurred medical expenses in the amount of no less than $500,000.00.

5.4     Pursuant to ORS 31.725(2), Plaintiff does not request an award of punitive damages at this time, but Plaintiff reserves the right to seek leave to amend his complaint to request punitive damages in the future pursuant to Oregon law. Plaintiff anticipates that punitive damages claims will be asserted against the Defendant and may seek leave to amend the complaint in this matter to assert those claims at an appropriate time prior to trial.

## VI.     PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendant in an amount to be proven at the time of trial, together with Plaintiff's costs and disbursements incurred herein, and:

(a)     For DONALD S. MORRIS, JR.'s pain, suffering, interference with his enjoyment of life, disability, and death in the amount of no less than $7,000,000;

COMPLAINT FOR DAMAGES - 5

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

(b)    For Plaintiff's loss of companionship, services, and consortium during the lifetime of decedent in the amount of no less than $2,000,000;

(c)    For DONALD S. MORRIS, JR.'s past medical expenses in the amount of $500,000 or as amended prior to trial;

(d)    Plaintiff's attorney fees; and

(d)    For such other relief and further relief as the Court may deem just and equitable, including but not limited to prejudgment interest.

DATED this 6th day of February, 2020

Schroeter Goldmark & Bender

Kaitlin T. Wright, OSB #191259
SCHROETER, GOLDMARK & BENDER
500 Central Building, 810 Third Avenue
Seattle, WA  98104
Phone (206) 622-8000
Fax (206) 682-2305
Email: wright@sgb-law.com
        sgbasbestos@sgb-law.com
Attorney for Plaintiff

COMPLAINT FOR DAMAGES - 6

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

## IN THE CURCUIT COURT OF THE STATE OF OREGON
## FOR MULTNOMAH COUNTY

DONALD S. MORRIS, III, as Personal
Representative for the Estate of DONALD S.
MORRIS, JR.,

        Plaintiff,

    vs.

KAISER GYPSUM COMPANY, INC.,

        Defendant.

CASE No.

SUMMONS

TO:   **KAISER GYPSUM COMPANY, INC.**
      **c/o CT Corporation System**
      780 Commercial St. Ste 100
      Salem, OR 97301-3465

### NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at http://www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

_____
SIGNATURE OF ATTORNEY/
AUTHOR FOR PLAINTIFFS

**Kaitlin T. Wright   OR Bar # 191259**
ATTORNEY'S/AUTHOR'S NAME

SCHROETER, GOLDMARK & BENDER
500 Central Building,
810 Third Avenue Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

SUMMMONS - 1

STATE OF OREGON, County of Multnomah) ss

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

_____
ATTORNEY OF RECORD FOR PLAINTIFFS

**TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:**
You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual or other legal entity to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attached hereto.

_____
ATTORNEY FOR PLAINTIFFS

**<u>Kaitlin T. Wright OR Bar # 191259</u>**
ATTORNEY'S/AUTHOR'S NAME
SCHROETER, GOLDMARK & BENDER
500 Central Building,
810 Third Avenue
Seattle, WA 98104
Phone (206) 622-8000
Fax (206) 682-2305
Email:    wright@sgb-law.com
          sgbasbestos@sgb-law.com

SUMMMONS - 2

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA 98104
Phone (206) 622-8000 ● Fax (206) 682-2305

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR MULTNOMAH COUNTY

**DONALD S. MORRIS, III, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DONALD S. MORRIS, JR.**

Plaintiff/Petitioner

vs.

**KAISER GYPSUM COMPANY, INC.**

Defendant/Respondent

Cause No.:    **20CV06649**
Hearing Date:

DECLARATION OF SERVICE OF
**SUMMONS; COMPLAINT FOR DAMAGES**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of the State of North Carolina, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **25th day of February, 2020** at **1:42 PM** at the address of **2626 GLENWOOD AVENUE, SUITE 550, RALIEGH, Wake, NC 27608**; this declarant served the above described documents upon **KAISER GYPSUM COMPANY, INC. c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Heather Hughes** , RECEPTIONIST , PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject stating their name, a white female approx. 45-55 years of age, weighing 160-180 lbs with brown hair..

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Date:  02/25/2020



_____

**Sherry Duncan**
**112 Oregon Trail, Garner, NC 27529   919-321-7878**

ORIGINAL DECLARATION
OF SERVICE

Tracking #: **0050686007** PDX FIL

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR MULTNOMAH COUNTY

**DONALD S. MORRIS, III, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF DONALD S. MORRIS JR.**

Plaintiff/Petitioner

vs.

**KAISER GYPSUM COMPANY, INC.**

Defendant/Respondent

Cause No.:    **20CV06649**
Hearing Date:

DECLARATION OF SERVICE OF
**SUMMONS; COMPLAINT**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of the State of Oregon, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **11th day of February, 2020** at **3:04 PM** at the address of **Oregon Department of Justice, 1162 Court St. NE, SALEM, Marion, OR 97301-4096**; this declarant served the above described documents upon **KAISER GYPSUM COMPANY, INC. C/O Attorney General**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Cheryl Breitenbucher** , **PSR3** , **PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject saying yes when named, a white female approx. 45-55 years of age, 5'4"-5'6" tall, weighing 120-140 lbs with gray hair.**

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Service Fee Total: **$59.50**

Date:   02/11/2020

**Diana Boatwright**
**33141 Geranium Lane, Tangent, OR 97389   541-979-3872**

REF:   **Morris (OR Dept of Justice)**

ORIGINAL DECLARATION
OF SERVICE

Tracking #: **0049974984** PDX FIL

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR MULTNOMAH COUNTY

| | |
|---|---|
| **DONALD S. MORRIS, III, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF DONALD S. MORRIS, JR.** | Cause No.:    **20CV06649** |
| Plaintiff/Petitioner | DECLARATION OF MAILING OF **SUMMONS; COMPLAINT** |
| vs. | |
| **KAISER GYPSUM COMPANY, INC.** | |
| Defendant/Respondent | |

The undersigned hereby declares: that I, Laurice Averill, am a legal resident of the State of Oregon, over the age of 18, and not party to, nor interested in the within entitled action. My business address is 1050 SW 6th Ave #1100, Portland, OR 97204.

That on **February 12, 2020**, after personal service was made on **February 11, 2020** to **Rylynn Poole** , a **SERVICE OF PROCESS TECHNICIAN , PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject saying yes when named, a white male approx. 35-45 years of age with blonde hair with glasses,** I completed service by depositing a true copy of the **SUMMONS;COMPLAINT**, marked with confirmation of date, time, and place of personal service in the United States mail, by first class mail with proper postage attached.

That I addressed the envelope(s) as follows:

> KAISER GYPSUM COMPANY, INC.
> c/o CT CORPORATION SYSTEM, REGISTERED AGENT
> 780 COMMERCIAL ST SE SUITE 100
> SALEM, OR 97301-3465

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

I executed this declaration on February 12, 2020 at Portland, OR.

Declarant Laurice Averill, 1050 SW 6th Ave #1100, Portland, OR 97204. 503-727-3100.

Tracking #: **0049977749** PDX

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR MULTNOMAH COUNTY

**DONALD S. MORRIS, III, AS PERSONAL**
**REPRESENTATIVE FOR THE ESTATE OF DONALD S.**
**MORRIS, JR.**

Cause No.:    **20CV06649**

Plaintiff/Petitioner

DECLARATION OF MAILING OF
**SUMMONS; COMPLAINT**

vs.

**KAISER GYPSUM COMPANY, INC.**

Defendant/Respondent

The undersigned hereby declares: that I, Laurice Averill, am a legal resident of the State of Oregon, over the age of 18, and not party to, nor interested in the within entitled action. My business address is 1050 SW 6th Ave #1100, Portland, OR 97204.

That on **February 12, 2020**, after personal service was made on **February 11, 2020** to **Rylynn Poole** , a **SERVICE OF PROCESS TECHNICIAN , PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject saying yes when named, a white male approx. 35-45 years of age with blonde hair with glasses,** I completed service by depositing a true copy of the **SUMMONS;COMPLAINT**, marked with confirmation of date, time, and place of personal service in the United States mail, by first class mail with proper postage attached.

That I addressed the envelope(s) as follows:

    KAISER GYPSUM COMPANY, INC.
    c/o CT CORPORATION SYSTEM, REGISTERED AGENT
    780 COMMERCIAL ST SE SUITE 100
    SALEM, OR 97301-3465

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

I executed this declaration on February 12, 2020 at Portland, OR.

Declarant  Laurice Averill, 1050 SW 6th Ave #1100, Portland, OR 97204. 503-727-3100.

Tracking #: **0049977749** PDX

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR MULTNOMAH COUNTY

**DONALD S. MORRIS, III, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DONALD S. MORRIS, JR.**

Plaintiff/Petitioner

vs.

**KAISER GYPSUM COMPANY, INC.**

Defendant/Respondent

Cause No.:   **20CV06649**
Hearing Date:

DECLARATION OF SERVICE OF
**SUMMONS; COMPLAINT FOR DAMAGES**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a resident of the State of North Carolina, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **25th day of February, 2020** at **1:42 PM** at the address of **2626 GLENWOOD AVENUE, SUITE 550, RALIEGH, Wake, NC 27608**; this declarant served the above described documents upon **KAISER GYPSUM COMPANY, INC. c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Heather Hughes** , RECEPTIONIST , PERSON **AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject stating their name, a white female approx. 45-55 years of age, weighing 160-180 lbs with brown hair.**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Date:   02/25/2020



**Sherry Duncan**
**112 Oregon Trail, Garner, NC 27529   919-321-7878**

REF:  **Morris (Kaiser NC)**

ORIGINAL DECLARATION
OF SERVICE

Tracking #: **0050686007** PDX FIL

IN THE CIRCUIT COURT OF THE STATE OF OREGON FOR MULTNOMAH COUNTY

| | |
|---|---|
| **DONALD S. MORRIS, III, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF DONALD S. MORRIS, JR.** | Cause No.:   **20CV06649** |
| Plaintiff/Petitioner | |
| vs. | **DECLARATION OF MAILING OF SUMMONS; COMPLAINT FOR DAMAGES** |
| **KAISER GYPSUM COMPANY, INC.** | |
| Defendant/Respondent | |

The undersigned hereby declares: that I, Laurice Averill, am a legal resident of the State of Oregon, over the age of 18, and not party to, nor interested in the within entitled action. My business address is 1050 SW 6th Ave #1100, Portland, OR 97204.

That on **February 25, 2020**, after personal service was made on **February 25, 2020** to **Heather Hughes** , a **RECEPTIONIST , PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject stating their name, a white female approx. 45-55 years of age, weighing 160-180 lbs with brown hair**, I completed service by depositing a true copy of the **SUMMONS;COMPLAINT FOR DAMAGES**, marked with confirmation of date, time, and place of personal service in the United States mail, by first class mail with proper postage attached.

That I addressed the envelope(s) as follows:

> KAISER GYPSUM COMPANY, INC.
> c/o CORPORATION SERVICE COMPANY, REGISTERED AGENT
> 2626 GLENWOOD AVENUE SUITE 550
> RALIEGH, NC 27608

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

I executed this declaration on February 25, 2020 at Portland, OR.

Declarant  Laurice Averill, 1050 SW 6th Ave #1100, Portland, OR 97204. 503-727-3100.

Tracking #: **0050686005** PDX

## IN THE CURCUIT COURT OF THE STATE OF OREGON
## FOR MULTNOMAH COUNTY

DONALD S. MORRIS, III, as Personal
Representative for the Estate of DONALD S.
MORRIS, JR.,

        Plaintiff,

    vs.

KAISER GYPSUM COMPANY, INC.,

        Defendant.

CASE No.  20CV06649

SUMMONS

TO:    **KAISER GYPSUM COMPANY, INC.**
       **c/o CT Corporation System**
       780 Commercial St. Ste 100
       Salem, OR 97301-3465

### NOTICE TO DEFENDANT: READ THESE PAPERS CAREFULLY!

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal document called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service on the plaintiff.

If you have questions, you should see an attorney immediately. If you need help in finding an attorney, you may contact the Oregon State Bar's Lawyer Referral Service online at http://www.oregonstatebar.org or by calling (503) 684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at (800) 452-7636.

SIGNATURE OF ATTORNEY/
AUTHOR FOR PLAINTIFFS

**Kaitlin T. Wright   OR Bar # 191259**
ATTORNEY'S/AUTHOR'S NAME

SCHROETER, GOLDMARK & BENDER
500 Central Building,
810 Third Avenue Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

SUMMMONS - 1

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305

STATE OF OREGON, County of Multnomah) ss

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above-entitled action.

_____
ATTORNEY OF RECORD FOR PLAINTIFFS

**TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:**
You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual or other legal entity to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attached hereto.

_____
ATTORNEY FOR PLAINTIFFS

**<u>Kaitlin T. Wright OR Bar # 191259</u>**
ATTORNEY'S/AUTHOR'S NAME
SCHROETER, GOLDMARK & BENDER
500 Central Building,
810 Third Avenue
Seattle, WA  98104
Phone (206) 622-8000
Fax (206) 682-2305
Email:   wright@sgb-law.com
         sgbasbestos@sgb-law.com

SUMMMONS - 2

SCHROETER, GOLDMARK & BENDER
500 Central Building ● 810 Third Avenue ● Seattle, WA  98104
Phone (206) 622-8000 ● Fax (206) 682-2305