1  Kaitlin T. Wright, OSB #191259
   wright@sgb-law.com
2  SGBasbestos@sgb-law.com
   SCHROETER, GOLDMARK & BENDER
3  810 Third Avenue, Suite 500
   Seattle, WA 98104
4  (206) 622-8000
5
   Randy S. Cohn, *pro hac vice*
6  Jared L. Hausmann, *pro hac vice*
   rcohn@simmonsfirm.com
7  jhausmann@simmonsfirm.com
   SIMMONS HANLY CONROY, LLC
8  One Court Street
   Alton, IL 62002
9  (618) 259-2222
10
11 *Attorneys for Plaintiff*
12
13
                    UNITED STATES DISTRICT COURT
14
                         DISTRICT OF OREGON
15
                         PORTLAND DIVISION
16
17
18 | DONALD S. MORRIS, III, as Personal
   | Representative for the Estate of DONALD      No. 3:20-cv-00478-YY
19 | S. MORRIS, JR.
   |                    Plaintiff,                [PROPOSED] STIPULATION AND
20 |                                               ORDER OF DISMISSAL OF
   |       v.                                     DEFENDANT KAISER GYPSUM
21 |                                               COMPANY, INC.
22 | KAISER GYPSUM COMPANY, INC.
23 |                    Defendant.
24
          Plaintiff and Defendant Kaiser Gypsum Company, Inc., hereby stipulate that all claims
25
   against Defendant Kaiser Gypsum Company, Inc. may be dismissed with prejudice and
26
   without costs and/or attorney fees as to either party.

[PROPOSED] STIPULATION AND
ORDER OF DISMISSAL OF DEFENDANT KAISER
GYPSUM COMPANY, INC. - 1

| | |
|---|---|
| DATED this 21st day of December, 2020 | DATED this 21st day of December, 2020 |
| SCHROETER, GOLDMARK & BENDER | WILLIAMS KASTNER GREENE & MARKLEY |
| *s/ Kaitlin T. Wright* <br> KAITLIN T. WRIGHT, OSB #191259 <br> 810 Third Avenue, Suite 500 <br> Seattle, WA 98104 <br> Phone: (206) 622-8000 <br> Fax: (206) 682-2305 <br> Email: SGBasbestos@sgb-law.com; <br> wright@sgb-law.com | *s/ Megan Uhle* <br> MEGAN UHLE, OSB #115407 <br> 1515 SW Fifth Avenue, Suite 600 <br> Portland, OR 97201-5449 <br> Phone: (503) 944-6944 <br> Fax: (503) 222-7261 <br> Email: Wkgasbestos@williamskastner.com <br>             muhle@williamskastner.com |
| - AND - | *Attorney for Defendant Kaiser Gypsum Company, Inc.* |
| SIMMONS HANLY CONROY, LLC | |
| *s/ Jared L. Hausmann* <br> Randy S. Cohn, *pro hac vice* <br> Jared L. Hausmann, pro hac vice <br> One Court Street <br> Alton, IL 62002 <br> Phone: (618) 259-2222 <br> Fax: (618) 259-2251 <br> Email: rcohn@simmonsfirm.com; <br>  jhausmann@simmonsfirm.com | |
| *Attorneys for Plaintiff* | |

ORDER OF DISMISSAL

Based on the foregoing Stipulation, Defendant Kaiser Gypsum Company, Inc. is hereby dismissed with prejudice, and without costs and/or attorney fees as to any party, and the Court being fully advised in the premises, now, and therefore it is hereby ORDERED as follows:

All claims against Defendant Kaiser Gypsum Company, Inc. are hereby dismissed with prejudice and without costs or attorney fees as to any party.

DONE IN OPEN COURT this _____ day of December, 2020.

_____
JUDGE/COURT COMMISSIONER

Presented by:

SCHROETER, GOLDMARK & BENDER

*s/ Kaitlin T. Wright*
KAITLIN T. WRIGHT, OSB #191259
810 Third Avenue, Suite 500
Seattle, WA 98104
Phone: (206) 622-8000
Fax: (206) 682-2305
Email: SGBasbestos@sgb-law.com;
wright@sgb-law.com

- AND -

SIMMONS HANLY CONROY, LLC

*s/ Jared L. Hausmann*
Randy S. Cohn, *pro hac vice*
Jared L. Hausmann, pro hac vice
One Court Street
Alton, IL 62002
Phone: (618) 259-2222
Fax: (618) 259-2251
Email: rcohn@simmonsfirm.com;

[PROPOSED] STIPULATION AND
ORDER OF DISMISSAL OF DEFENDANT KAISER
GYPSUM COMPANY, INC. - 3

1   jhausmann@simmonsfirm.com

2   *Attorneys for Plaintiff*

3   Approved by:

4   WILLIAMS KASTNER GREENE & MARKLEY

5

  *s/ Megan Uhle*

6   MEGAN UHLE, OSB #115407
  1515 SW Fifth Avenue, Suite 600
7   Portland, OR 97201-5449
  Phone: (503) 944-6944
8   Fax:    (503) 222-7261
9   Email: Wkgasbestos@williamskastner.com
          muhle@williamskastner.com

10

11   *Attorney for Defendant Kaiser Gypsum Company, Inc.*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] STIPULATION AND
ORDER OF DISMISSAL OF DEFENDANT KAISER
GYPSUM COMPANY, INC. - 4