1  Kaitlin T. Wright, OSB #191259
   wright@sgb-law.com
2  SGBasbestos@sgb-law.com
   SCHROETER, GOLDMARK & BENDER
3  810 Third Avenue, Suite 500
   Seattle, WA 98104
4  (206) 622-8000

5  Randy S. Cohn, *pro hac vice*
6  Jared L. Hausmann, *pro hac vice*
   rcohn@simmonsfirm.com
7  jhausmann@simmonsfirm.com
   SIMMONS HANLY CONROY, LLC
8  One Court Street
9  Alton, IL 62002
   (618) 259-2222

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DONALD S. MORRIS, III, as Personal Representative for the Estate of DONALD S. MORRIS, JR.<br><br>Plaintiff,<br><br>v.<br><br>KAISER GYPSUM COMPANY, INC.<br><br>Defendant. | No. 3:20-cv-00478-YY<br><br>STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT KAISER GYPSUM COMPANY, INC. |

Plaintiff and Defendant Kaiser Gypsum Company, Inc., hereby stipulate that all claims against Defendant Kaiser Gypsum Company, Inc. may be dismissed with prejudice and without costs and/or attorney fees as to either party.

STIPULATION AND
ORDER OF DISMISSAL OF DEFENDANT KAISER
GYPSUM COMPANY, INC. - 1

| | |
|---|---|
| DATED this 21st day of December, 2020 | DATED this 21st day of December, 2020 |
| SCHROETER, GOLDMARK & BENDER | WILLIAMS KASTNER GREENE & MARKLEY |
| *s/ Kaitlin T. Wright* | *s/ Megan Uhle* |
| KAITLIN T. WRIGHT, OSB #191259 | MEGAN UHLE, OSB #115407 |
| 810 Third Avenue, Suite 500 | 1515 SW Fifth Avenue, Suite 600 |
| Seattle, WA 98104 | Portland, OR 97201-5449 |
| Phone: (206) 622-8000 | Phone: (503) 944-6944 |
| Fax:  (206) 682-2305 | Fax:  (503) 222-7261 |
| Email: SGBasbestos@sgb-law.com; wright@sgb-law.com | Email: Wkgasbestos@williamskastner.com  muhle@williamskastner.com |
| - AND - | *Attorney for Defendant Kaiser Gypsum Company, Inc.* |
| SIMMONS HANLY CONROY, LLC | |
| *s/ Jared L. Hausmann* | |
| Randy S. Cohn, *pro hac vice* | |
| Jared L. Hausmann, pro hac vice | |
| One Court Street | |
| Alton, IL 62002 | |
| Phone: (618) 259-2222 | |
| Fax:  (618) 259-2251 | |
| Email: rcohn@simmonsfirm.com;  jhausmann@simmonsfirm.com | |
| *Attorneys for Plaintiff* | |

STIPULATION AND
ORDER OF DISMISSAL OF DEFENDANT KAISER GYPSUM COMPANY, INC. - 2

## ORDER OF DISMISSAL

Based on the foregoing Stipulation, Defendant Kaiser Gypsum Company, Inc. is hereby dismissed with prejudice, and without costs and/or attorney fees as to any party, and the Court being fully advised in the premises, now, and therefore it is hereby ORDERED as follows:

All claims against Defendant Kaiser Gypsum Company, Inc. are hereby dismissed with prejudice and without costs or attorney fees as to any party.

DONE IN OPEN COURT this 21st day of December, 2020.

/s/ Youlee Yim You_____
United State Magistrate Judge

Presented by:

SCHROETER, GOLDMARK & BENDER

*s/ Kaitlin T. Wright*
KAITLIN T. WRIGHT, OSB #191259
810 Third Avenue, Suite 500
Seattle, WA  98104
Phone:  (206) 622-8000
Fax:     (206) 682-2305
Email: SGBasbestos@sgb-law.com;
wright@sgb-law.com

- AND -

SIMMONS HANLY CONROY, LLC

*s/ Jared L. Hausmann*
Randy S. Cohn, *pro hac vice*
Jared L. Hausmann, pro hac vice
One Court Street
Alton, IL 62002
Phone:  (618) 259-2222
Fax:     (618) 259-2251
Email:  rcohn@simmonsfirm.com;

STIPULATION AND
ORDER OF DISMISSAL OF DEFENDANT KAISER
GYPSUM COMPANY, INC. - 3

jhausmann@simmonsfirm.com

*Attorneys for Plaintiff*

Approved by:

WILLIAMS KASTNER GREENE & MARKLEY

*s/ Megan Uhle*
MEGAN UHLE, OSB #115407
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5449
Phone: (503) 944-6944
Fax:    (503) 222-7261
Email: Wkgasbestos@williamskastner.com
           muhle@williamskastner.com

*Attorney for Defendant Kaiser Gypsum Company, Inc.*

STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT KAISER GYPSUM COMPANY, INC. - 4